UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE LEE ELLIS, *et al.* | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
|     v. | ) Case No. 15-842 EGS |
| | ) |
| HOLY COMFORTER SAINT CYPRIAN COMMUNITY ACTION GROUP | ) |
| | ) |
|     Defendant | ) |

### [PROPOSED] CONSENT ORDER

IN CONSIDERATION of the foregoing Consent Motion to Mediate and Hold Discovery in Abeyance, it is this _____ day of _____, 2016;

**ORDERED** that the Motion is GRANTED; and, it is further

**ORDERED** that this case is referred to mediation; and, it is further

**ORDERED** that the Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator; and, it is further

**ORDERED** that counsel and parties, including persons with settlement authority, attend mediation; and, it is further

**ORDERED** that mediation efforts be concluded by the 1st day of August, 2016; and, it is further

**ORDERED** that, absent resolution, counsel shall appear before a status hearing on the _____ day of _____ at _____ o'clock a.m. in Courtroom _____.

**IT IS SO ORDERED**.

                                                              _____
                                                              THE HONORABLE EMMET G. SULLIVAN

Copies to:
Jason Freidman
Gregg Cohen Greenberg
Patrick C. Horrell